## McCarron v. Philadelphia, Appellant (No. 2).

OPINION BY RICE, P. J., March 3, 1911:

All that we deem it necessary to say in the discussion of this case has been said by the learned trial judge in his opinion overruling the motions for new trial and judgment non obstante veredicto and our opinion in the case in which Charles McCarron is plaintiff.

The judgment is affirmed.